# 934    CASES REPORTED WITH BRIEF SYLLABI.

MANUEL FERNANDEZ, as Administrator, etc., Respondent, v. WILLIAM H. MURRAY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Clarke, P. J. and Laughlin, J., dissented.

HARRY MIRANKER, Appellant, v. WILLIAM E. WILLIAMS, Respondent, Impleaded with Others.— Determination affirmed, with costs, on the authority of *Hartell* v. *Simonson & Son Co.* (218 N. Y. 345). Present— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Clarke, P. J., and Laughlin, J., dissented and voted to reverse determination and reinstate judgment of Municipal Court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNY SABATINO, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

COUNT JEAN KRASICKI, Respondent, v. UNIVERSAL TOOL STEEL COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

SARAH ROSEN, Respondent, v. BRADLEY CONTRACTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present-- Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CARRIE M. MANHEIMER and Another, Executors, etc., Respondents, v. 1241 BROADWAY COMPANY, Appellant, Impleaded with Another.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BERNARD R. ROSE, Appellant, v. JOHN I. D. BRISTOL, Respondent.— Judgment affirmed, with costs, on former opinion. (Reported in 174 App. Div. 15.) Present— Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM F. GASTON and Others, Trustees, etc., Appellants, v. LAWSON PURDY and Others, Commissioners of Taxes and Assessments, etc., of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Lazarus* v. *Feitner* (65 App. Div. 318; 169 N. Y. 604). Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

INDEPENDENT CHEMICAL COMPANY, Respondent, v. TENNESSEE COPPER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Petition of ROBERT HOLMES, Appellant, for an Inspection of Books and Records of ST. JOSEPH LEAD COMPANY. ST. JOSEPH LEAD COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J. Scott, Smith, Page and Davis, JJ.

ABRAHAM L. WERNER, Respondent, v. FIVE HUNDRED FIFTEEN WEST TWENTY- NINTH STREET COMPANY, INC., and Others, Impleaded with NATHAN COLEMAN and Another, Appellants.— Order affirmed, with ten